Case 2:08-cv-02483-DMC-MF   Document 12   Filed 05/21/08   Page 1 of 5 PageID: 39

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED

MAY 15 2008

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 1938

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On April 8, 2008, the Panel transferred 21 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dennis M. Cavanaugh.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Cavanaugh.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 8, 2008, and, with the consent of that court, assigned to the Honorable Dennis M. Cavanaugh.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By JOHN ICKLAN
Deputy Clerk

A CERTIFIED TRUE COPY

MAY 1 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION — MDL No. 1938

SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**               **CASE CAPTION**

ALABAMA MIDDLE
  ALM  2   08-129                   John D. Swindall v. Merck & Co., Inc., et al.

ALABAMA NORTHERN
  ALN  1   08-279                   Thomas L. Sizemore v. Merck & Co., Inc., et al.
  ALN  2   08-134                   Constantine Kanakis, et al. v. Merck & Co., Inc., et al.

ARKANSAS EASTERN
  ARE  4   08-86                    John H. Stanley, Jr. v. Merck & Co., Inc., et al.
  ARE  5   08-42                    Juanita Sloan v. Merck & Co., Inc., et al.

ARIZONA
  ~~AZ    2   08-360~~              ~~Robert S. Levin v. Merck/Schering-Plough Pharmaceuticals, et al.~~
                                    Opposed 5/9/08

CALIFORNIA CENTRAL
  CAC  2   08-1038                  Glenda Morgan v. Merck & Co., Inc., et al.
  CAC  2   08-1499                  Ronald Dossey v. Merck & Co., Inc., et al.

CALIFORNIA EASTERN
  CAE  2   08-355                   Carolyn Boyle v. Merck & Co., Inc., et al.

CALIFORNIA NORTHERN
  CAN  4   08-929                   Mircea Muresan v. Merck & Co., Inc., et al.

DELAWARE
  DE   1   08-176                   Elaine Hawk v. Merck & Co., Inc., et al.

FLORIDA MIDDLE
  FLM  6   08-153                   Alma Hooks, et al. v. Merck & Co., Inc., et al.
  FLM  6   08-178                   Stephen Greenwell v. Merck & Co., Inc., et al.

FLORIDA NORTHERN
  FLN  5   08-58                    Jean T. Smith v. Merck & Co., Inc., et al.

FLORIDA SOUTHERN
  FLS  1   08-20317                 Moises Selesky v. Merck & Co., Inc., et al.

GEORGIA NORTHERN
  GAN  1   08-309                   Dewey Eugene Keith, et al. v. Merck & Co., Inc., et al.
  GAN  1   08-417                   Gregory Flynn v. Merck & Co., Inc., et al.

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA NORTHERN** | |
| IAN  2  08-1007 | Donald Pierce, et al. v. Merck & Co., Inc., et al. |
| **IOWA SOUTHERN** | |
| IAS  1  08-13 | James A. Pratt v. Merck & Co., Inc., et al. |
| IAS  4  08-81 | Donna Greenley v. Merck & Co., Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  08-67 | Christina Robin Wallace, et al. v. Merck & Co., Inc., et al. |
| ILS  3  08-163 | Mary Trebilcock v. Merck & Co., Inc., et al. |
| ILS  3  08-191 | Jerry Kee, et al. v. Merck & Co., Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS  1  08-210 | June Wilkins v. Merck & Co., Inc., et al. |
| INS  1  08-335 | Rick Lane v. Merck & Co., Inc., et al. |
| INS  1  08-470 | Edna Appel v. Merck & Co., Inc., et al. |
| **KANSAS** | |
| KS  2  08-2163 | Lois Roberta Bowers v. Merck & Co., Inc., et al. |
| **LOUISIANA EASTERN** | |
| LAE  2  08-784 | Kelly Fontana, et al. v. Merck & Co., Inc., et al. |
| LAE  2  08-1235 | Louisiana Health Service & Indemnity Co., etc. v. Merck & Co., Inc., et al. |
| **MASSACHUSETTS** | |
| MA  1  08-10109 | Edward Arasimowicz v. Merck & Co., Inc., et al. |
| **MARYLAND** | |
| MD  1  08-860 | Mitchell Peiser v. Merck & Co., Inc., et al. |
| **MAINE** | |
| ME  2  08-58 | Barry Zimmerman v. Merck & Co., Inc., et al. |
| **MINNESOTA** | |
| MN  0  08-220 | Daniel L. Tollefson, Sr. v. Merck & Co., Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE  4  08-123 | Chong Badgley v. Merck & Co., Inc., et al. |
| MOE  4  08-295 | William G. Krejci v. Merck & Co., Inc., et al. |
| MOE  4  08-308 | Robert L. Scheu v. Merck & Co., Inc., et al. |
| MOE  4  08-315 | Timothy J. Leyes, Sr. v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI WESTERN** | |
| MOW 2    08-4021 | Steve Dillon, et al. v. Merck & Co., Inc., et al. |
| MOW 4    08-145 | Marie Maley v. Merck & Co., Inc., et al. |
| MOW 4    08-153 | Beverly Walden v. Merck & Co., Inc., et al. |
| MOW 4    08-172 | Anthony Neland v. Merck & Co., Inc., et al. |
| MOW 4    08-187 | Wei Chan v. Merck & Co., Inc., et al. |
| ~~MOW 6    08-3119~~ | ~~John Grant, et al. v. Merck/Schering-Plough Pharmaceuticals, et al.~~ Opposed 5/9/08 |
| **MISSISSIPPI SOUTHERN** | |
| MSS 2    08-74 | Iley Joe Payne v. Merck & Co., Inc., et al. |
| MSS 5    08-10 | Roy Davis v. Merck & Co., Inc., et al. |
| **MONTANA** | |
| MT 6    08-18 | Janet Lamping v. Merck & Co., Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 3    08-66 | Susan Bodnar v. Merck & Co., Inc., et al. |
| **NEBRASKA** | |
| NE 8    08-147 | Robert Stanley v. Merck & Co., Inc., et al. |
| **NEW MEXICO** | |
| NM 6    08-89 | Reverend John Carl Adams v. Merck & Co., Inc., et al. |
| **NEVADA** | |
| NV 3    08-64 | Bruce J. Bitter, et al. v. Merck & Co., Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 2    08-344 | Andrew Schwaeber v. Merck & Co., Inc., et al. |
| **OKLAHOMA EASTERN** | |
| OKE 6    08-110 | Sharon Loeffler v. Merck & Co., Inc., et al. |
| **PUERTO RICO** | |
| PR 3    08-1206 | James Cumba, et al. v. Merck & Co., Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 0    08-518 | Gloria Brown v. Merck & Co., Inc., et al. |
| SC 3    08-318 | Jeffrey D. Morgan, M.D. v. Merck & Co., Inc. et al. |
| **TENNESSEE EASTERN** | |
| TNE 1    08-33 | Evelyn Igou, et al. v. Merck & Co., Inc., et al. |

**MDL No. 1938 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TENNESSEE WESTERN** | |
| TNW 1   08-1043 | Gary Lackey v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 9   08-19 | Robert S. Love v. Merck & C., Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS 2   08-34 | Roberto DeLeon v. Schering-Plough Corp., et al. |
| TXS 3   08-84 | James J. Janik v. Merck & Co., Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 3   08-162 | Virginia Miller, et al. v. Merck & Co., Inc., et al. |
| WVS 3   08-195 | Debra Lynn Lewis, et al. v. Schering-Plough Pharmaceuticals, Inc., et al. |